PROB 35
(Rev 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Puerto Rico

UNITED STATES OF AMERICA

v.

LUIS EGUZQUIZA

Crim. No. 94-090-07(PG)

On December 12, 1994 the above named was placed on probation/supervised release for a period of 5 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Luis O. Encarnación
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of August, 2006.

United States District Judge